# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| MOSHE ZEINES, | Civil Action No. 25-13335 (JXN) (LDW) |
| Plaintiff, | |
| v. | **ORDER** |
| RABBI YAAKOV BLEJER, RABBI ARYEH LEIB BENSINGER, RABBI MARK ROSENBERG, and DAVID KATZ *a/k/a* DOV KATZ *a/k/a* DOVIE KATZ, | |
| Defendants. | |

**NEALS**, District Judge

THIS MATTER having come before the Court by way of Defendants Aryeh Leib Bensinger, Mark Rosenberg, and David Katz's (collectively, "Individual Defendants") motion to dismiss Plaintiff Moshe Zeines's ("Plaintiff") First Amended Complaint pursuant to Federal Rules of Civil Procedure[1] 12(b)(2), 12(b)(3), and 12(b)(6), and, alternatively, to transfer this action to the U.S. District Court for the Southern District of Florida ("Southern District of Florida") or for a more definite statement under Rule 12(e) as to any surviving claim, and to strike impermissible injunctive and prior restraint relief under Rule 12(f). (ECF No. 13.) Defendants Rabbi Yaakov Blejer and North Miami Beach Kollel, Inc. (collectively, "Kollel Defendants") filed a brief joining the Individual Defendants' motion to transfer and/or to invoke the *Doctrine of Forum Non Conveniens*. (ECF No. 17.) Plaintiff filed a consolidated Opposition in response (ECF No. 39), and the Individual Defendants replied in further support (ECF No. 41). Also before the Court is Defendant Congregation Torah Ve-Emunah, Inc.'s ("CTVE" together with the Individual Defendants and the Kollel Defendants, "Defendants") motion to dismiss Plaintiff's First Amended Complaint pursuant to Rules 12(b)(6) and 12(b)(2). (ECF No. 49.) Plaintiff opposed the motion (ECF No. 56), and CTVE

---

[1] "Rule" or "Rules" hereinafter refer to the Federal Rules of Civil Procedure.

replied in further support (ECF No. 57). The Court has carefully reviewed the First Amended Complaint and the parties' submissions and decides this matter without oral argument pursuant to Rule 78 and Local Civil Rule 78.1. For the reasons stated in the accompanying Opinion,

**IT IS** on this 30th day of June 2026,

**ORDERED** that the Individual Defendant's motion to dismiss for improper venue or, in the alternative, to transfer (ECF No. 13) is **GRANTED**; it is further

**ORDERED** that the Clerk of Court shall **TRANSFER** this matter to the U.S. District Court for the Southern District of Florida; it is further

**ORDERED** Defendants' remaining grounds for dismissal under Rules 12(b)(2) and 12(b)(6), including CTVE's motion to dismiss (ECF No. 49), are **DENIED** *without prejudice* to Defendants' right to reassert them in the transferee court, where they can be more appropriately resolved; and it is further

**ORDERED** that the Clerk of the Court shall serve a copy of this Order and the accompanying Opinion upon Plaintiff by regular U.S. mail and **CLOSE** this case.

**JULIEN XAVIER NEALS**
**United States District Judge**